UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

ANN HATCH,

    Plaintiff,

v.                                             Case # 16-CV-802

BRILLION SCHOOL DISTRICT,

    Defendant.

---

**ORDER**

---

A mediation was held on January 4, 2019, and the parties reached a settlement agreement. Based upon this agreement, the parties will forward to United States District Judge William C. Griesbach the proposed settlement documents within thirty (30) days of the mediation.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for entry of an appropriate order of dismissal after the parties finalize settlement documents.

Dated at Green Bay, Wisconsin, this   9th   day of January, 2019.

                                        BY THE COURT:

                                        s/ James R. Sickel
                                        James R. Sickel
                                        United States Magistrate Judge